# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 26 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__Irvin Rockett__,

    Plaintiff

vs.

__City of Bloomington__
__Stephen Brown__
__Tim Tyler__
__Et Al__,

    Defendant(s)

Case No. __16-1070__
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[x] Other federal law: _____

[ ] Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Irvin Rockett

Prison Identification Number: #13023426

Current address: 104 W. Front St. Bloomington, Illinois 61701

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: CITY OF BLOOMINGTON

Current Job Title: POLICE DEPARTMENT

Current Work Address: 305 S. East Street Bloomington, Illinois 61701

Defendant #2:

Full Name: STEPHEN BROWN

Current Job Title: Police Officer

Current Work Address: 305 S. East St. Bloomington, Illinois 61701

Defendant #3:

Full Name: TIM TYLER

Current Job Title: Police Officer ET.AL;

Current Work Address: 305 S. East St.

Bloomington, Illinois 61701

Defendant #4:

Full Name: Unknown ET.AL;

Current Job Title: Police Officer

Current Work Address: 305 S. East St.

Bloomington, Illinois 61701

Defendant #5:

Full Name: Unknown ET.AL;

Current Job Title: Police Officer

Current Work Address: 305 S. East St.

Bloomington, Illinois 61701

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe   N/A

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

3

C. If your answer to B is yes, how many? __0__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number __N/A__

2. Basic claim made __N/A__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☐  No ☒

If your answer is no, explain why not __My grievance deals with issues outside the scope of the institution and I was in fear of my life__

C. Is the grievance process completed? Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Bloomington Police Dept. Interrogation Room

Date(s) of the occurrence: November 17th, 2015 and January 19th, 2016

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Defendants/officers in this complaint are duly appointed and sworn officers of Bloomington, Illinois and at all times relevant to this complaint the defendants/officers were acting in the course of their employments and under the color of laws, ordinance and statutes/regulations. The defendants/officers are sued in their individual capacities.

Defendants/City of Bloomington is a municipal corporation duly incorporated under the laws of the State of Illinois and is the employer and principal of the defendants/officers.

On November 17, 2015 I was taken into custody by the officers of the Bloomington Police Department. Defendants took me to a interrogation room and ordered me to take my clothes off and if I did not comply they (defendants/officers) were going to use any force necessary. I complied with their order out of fear of being assaulted. After I took my clothes off officers/defendants told me to spread my buttocks for a full body cavity search without consent or a licensed physician. Officers/defendants violently put their hands on my buttocks and spread open my genitals

to a point to where it hurt and was very painful. The officers/Defendants covered up the audio/video surveillance camera in the interrogation room as if an intent to hide, deceive or participate in illegal activity.

On January 19, 2016 at approximately 10:30 pm the Bloomington Police Department stopped a car that I was a passenger in. Defendants/officers exited their cars and without any probable cause ordered us both out of the car we were riding in. We complied with the orders of the officers/defendants. The Defendants/officers were out of their jurisdiction at Bloomington when they (defendants) stopped us in the city of Normal, Illinois. Officers/Defendants after checking out our identification for warrants (no warrants found) the Officers/Defendants stated that a officer of Bloomington wanted to talk to me (Tavin Rockett). I stated that I did not willingly want to talk. Defendant/officer took me into custody without my consent and transported me to the Bloomington Police Department Interrogation Room. The same officers whom committed illegal search and seizure on November 17, 2015 are the same officers whom committed the same similar offense(s) by ordering me to take off my clothes and performed a full body cavity search without my permission or consent and without the observation of a medical doctor and licensed physician. My body was intentionally probed into. I was sexually assaulted and humiliated by the acts of the defendants/officers described

in the claim(s) specified above which were the willful acts and wanton acts committed in the scope of their employment.

Pursuant to respondents: Defendants/officers and CITY OF BLOOMINGTON is liable for its agents actions and pursuant to the Illinois Tort Immunity Act the defendant CITY OF BLOOMINGTON and its officers is liable for any judgments entered in this case arising for their actions.

Plaintiff asks this Honorable Court to order CITY OF BLOOMINGTON and Defendants/officers to indemnify the defendants/officers for any judgments entered in this case to be against the defendants arising from this action(s).

## RELIEF REQUESTED

(State what relief you want from the court.)

The relief I am seeking is compensatory, monetary, and punitive damages to be awarded for any and all forms of injury and assessed by a Tort Claim Form and any other form of relief the Court deems necessary and proper.

JURY DEMAND    Yes [✓]    No [ ]

Signed this __23__ day of __February__, 20__16__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: IRVIN HOCKETT | Inmate Identification Number: # 13023/262 |
|---|---|
| Address: 104 W. FRONT STREET BLOOMINGTON, ILLINOIS 61701 | Telephone Number: N/A |

TRAVIS ROCKETT
146 FRONT STREET
WASHINGTON IL 61571

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
100 N.E. MONROE ST.
ROOM 305
PEORIA IL 61602


